UNITED STATES of America, Plaintiff—Appellee,

v.

Salvador Vasquez MEDEL, Defendant—Appellant.

No. 04–10287

D.C. No. CR–02–00226–JCM/LRL.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Robert A. Bork, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff—Appellee.

Peter Christiansen, Las Vegas, NV, for Defendant—Appellant.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before NELSON, T.G., WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Salvador Vasquez Medel appeals the 60–month sentence imposed following his conviction by guilty plea to giving a false statement in an immigration matter, in violation of 18 U.S.C. § 1546(a), and unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

Because appellant was sentenced under mandatory Sentencing Guidelines, we remand for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error under *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

